JOHN F. BURY, WSBA No. 4949
Murphy, Bantz & Bury, P.S.
818 W. Riverside Ave., Suite 631
Spokane, Washington 99201
(509) 838-4458

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

SHUMATE INC.,

         Debtor.

No. 09-05079-FLK11

HARLEY-DAVIDSON CREDIT
CORP.'S WITNESS LIST

Creditor Harley-Davidson Credit-Corp, pursuant to the Scheduling Order of the Court, hereby identifies each proposed witness and brief summary of testimony as follows:

| WITNESS | BRIEF SUMMARY OF TESTIMONY |
|---|---|
| 1. Sean Black | Mr. Black will testify as to Valuation, Analysis of Accounting, and Industry Standards. |
| 2. Lawrence Cope (By telephone) | Mr. Cope will testify as to Industry trends in prices paid for Harley-Davidson dealerships. |
| 3. Skip Sherwood | Mr. Sherwood will testify as to the Analysis of Appraisal and liquidation value of Real Property |
| 4. Broker (To be named) | The named Broker will testify as to Broker Price opinion |
| 5. Tony Gray | Mr. Gray will testify as to background information regarding the debt, out of trust figures, and debtor behavior prior to filing bankruptcy. |
| 6. John Michial Shumate | Mr. Shumate may be called as an adversary witness for direct testimony or on rebuttal. |

HARLEY-DAVIDSON CREDIT CORP.'S WITNESS LIST - 1
F:\Harley-Davidson Credit\03-Shumate, Inc.

Murphy, Bantz & Bury, P.S.
818 W. Riverside Ave., Suite 631
Spokane, WA 99201
(509) 838-4458

Harley-Davidson Credit Corp. reserves the right to supplement other witnesses determined to be necessary on completion of 2004 examinations for rebuttal.

DATED this 28th day of October, 2009.

                    MURPHY, BANTZ & BURY, P.S.

                    /s/ Steven Schneider

                    By: Steven Schneider, WSBA No. 22622
*Attorneys for Harley-Davidson Credit Corp*

HARLEY-DAVIDSON CREDIT CORP.'S WITNESS LIST - 2
F:\Harley-Davidson Credit\03-Shumate, Inc.

Murphy, Bantz & Bury, P.S.
818 W. Riverside Ave., Suite 631
Spokane, WA 99201
(509) 838-4458