NANCY L. ISSERLIS, WSBA No. 11623
DAVID P. GARDNER, WSBA No. 39331
WINSTON & CASHATT
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
Telephone: (509) 838-6131
Facsimile: (509) 838-1416

Attorneys for Harley-Davidson Motor Company, Inc.
and Buell Distribution Company, LLC

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**John and Jennifer D. Shumate;**<br>**Shumate, Inc.;**<br>**Shumate Tri-City, LLC; and,**<br>**Shumate Spokane, LLC,**<br><br>                                Debtors. | Bankruptcy Case Nos: **09-05078-FLK11,**<br>**09-05079-FLK11,**<br>**09-05080-FLK11,**<br>**09-05081-FLK11**<br><br>**OBJECTION ON AMENDED MOTION FOR ORDER DETERMINING APPLICABILITY OF AUTOMATIC STAY TO NOTICES OF TERMINATION PENDING AT PETITION DATE** |

Harley-Davidson Motor Company, Inc. ("HDMC") by and through its counsel Nancy L. Isserlis of Winston & Cashatt and Peter Stone of Foley &

OBJECTION ON AMENDED MOTION FOR ORDER
DETERMINING APPLICABILITY OF AUTOMATIC
STAY TO NOTICES OF TERMINATION PENDING
AT PEITION DATE
Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

Lardner LLP hereby objects to the amended motion filed herein in each of these bankruptcy cases for an Order Determining that the automatic stay applies to the notices of termination which were pending as of the date of the petition date in each of these cases.

John Michial Shumate and Jennifer D. Shumate ("Shumates"), Shumate, Inc., Shumate Spkane, LLC, and Shumate Tri-City, LLC (collectively, the "Debtors"), filed its original motion on January 6, 2010, and Harley-Davidson Motor Company, Inc. ("HDMC") and Buell Distribution Company filed an objection to this original motion on January 15, 2010. Shumates' Amended Motion is identical to its original motion, except that it now relies on § 362(a)(1) and (3). HDMC and Buell Distribution Company noted these were the statutes at issue in its original objection, and Shumate is apparently now making a correction.

By letters dated August 26, 2009 and pursuant to RCW 46.93, HDMC notified Shumate Tri-City, LLC and Shumate Spokane, LLC that their Harley-Davidson and Buell Dealer Contracts would be terminated for good cause effective 15 days from their receipt of the letters. On September 9, 2009 and prior to

OBJECTION ON AMENDED MOTION FOR ORDER DETERMINING APPLICABILITY OF AUTOMATIC STAY TO NOTICES OF TERMINATION PENDING AT PEITION DATE
Page 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

expiration of the 15 day notice period, Shumate Tri-City and Shumate Spokane, Shumate, Inc. (which owns Shumate Tri-City and Shumate Spokane), and John Michial Shumate and Jennifer D. Shumate (two of the owners of Shumate, Inc.) filed voluntary petitions for bankruptcy under Chapter 11. At the time, all that was necessary for the dealer terminations to become effective was the passage of a couple of more days time. However, pursuant to Bankruptcy Code Section 108(b)(2), Shumate Tri-City and Shumate Spokane were provided an additional 60 days to pursue their protest rights under RCW 46.93. On October 9, 2009, Shumate Tri-City and Shumate Spokane (along with Shumate, Inc. and Mr. and Mrs. Shumate - who actually had no standing to protest termination of the dealer contracts), filed a Petition for Determination with the Washington State Department of Licensing, Docket #2009-DOL-0052, and the matter was referred to the Washington Office of Administrative hearings for assignment to an administrative law judge to conduct a hearing to determine under state law whether there was good cause and a good faith basis for terminating the dealer contracts ("Termination Proceeding").

OBJECTION ON AMENDED MOTION FOR ORDER DETERMINING APPLICABILITY OF AUTOMATIC STAY TO NOTICES OF TERMINATION PENDING AT PEITION DATE
Page 3



*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

A Notice of Removal was filed on November 9, 2009 (subsequently joined by each of the Debtors) purporting to remove the Termination Proceeding from the state forum in which they chose to file it to the Western District of Washington Bankruptcy Court. HDMC timely filed a Motion for Remand, which Motion has now been transferred to this Court for further proceedings.

The Debtors in this case are apparently now belatedly taking the position that the notices of termination and the Termination Proceeding they commenced are stayed by the filing of the bankruptcy petitions (and that the dealer contracts are therefore subject to Assumption or Rejection Provisions under 11 U.S.C. § 365).

HDMC's position is that the Termination Proceeding is not stayed under Section 362(a)(1), because it is not an action "against the debtor". The Washington State law remedies under RCW 46.93 were affirmatively invoked by Shumate Tri-City and Shumate Spokane to determine the propriety of the dealership terminations. It is also HDMC's position, and a position with which the debtors presumably agreed when they commenced the Termination Proceeding,

OBJECTION ON AMENDED MOTION FOR ORDER DETERMINING APPLICABILITY OF AUTOMATIC STAY TO NOTICES OF TERMINATION PENDING AT PEITION DATE
Page 4

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

that the notices of termination were not automatically stayed by Section 362(a)(3) since no additional "act" was required by HDMC for the terminations to become effective.

The stay is not applicable to the Notices of Termination issued by HDMC and Buell Distribution Corporation ("Harley-Davidson"). The automatic stay does not operate to prohibit the termination of dealerships when the Debtors themselves invoked affirmative relief in state court after the filing of the petition pursuant to RCW 46.93.040. Debtors could have brought this Motion much earlier and have failed to move forward with the state court determination in a timely manner.

Debtors' Motion is not in good faith. These bankruptcies were filed on the eve of the expiration of the Notices of Termination. Since that date Debtors have consistently delayed the process of Creditors' contractual rights and have failed to affirmatively move forward on the determination of the applicability of the automatic stay. That case and the issues to be adjudicated have now been removed to this District and can and should be determined there as soon as possible.

OBJECTION ON AMENDED MOTION FOR ORDER
DETERMINING APPLICABILITY OF AUTOMATIC
STAY TO NOTICES OF TERMINATION PENDING
AT PEITION DATE
Page 5



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

Shumates and Debtors' Motion seeks a shortening of time. HDMC and Buell Distribution Company also requests an expedited consideration of this motion, along with a hearing on HDMC and Buell Distribution Company's Motion to Remand.

HDMC therefore objects to the Motion as stated and requests a hearing on this matter as soon as possible.

DATED this 16 day of February, 2010.

                **WINSTON & CASHATT**

By: _____
Nancy L. Isserlis
David P. Gardner
Attorneys for Defendants Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC

By: /s/Peter J. Stone
Peter J. Stone *(Pro Hac Vice Counsel)*
Katherine M. Longley *(Pro Hac Vice Counsel)*
**FOLEY & LARDNER LLP**
Attorneys for Defendants Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

OBJECTION ON AMENDED MOTION FOR ORDER DETERMINING APPLICABILITY OF AUTOMATIC STAY TO NOTICES OF TERMINATION PENDING AT PEITION DATE
Page 6

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

414.297.5549
414.297-4900 (fax)  pstone@foley.com

OBJECTION ON AMENDED MOTION FOR ORDER
DETERMINING APPLICABILITY OF AUTOMATIC
STAY TO NOTICES OF TERMINATION PENDING
AT PEITION DATE
Page 7



A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131